# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL BRAZELL, JR.<br>ADC #500711 | PLAINTIFF |
| V.  No. 4:20CV01186-JTR | |
| CLEAVETTE SLOAN, Security Officer,<br>Dub Brassell Detention Center, *et al.* | DEFENDANTS |

## **ORDER**

Defendants have filed a Motion for Partial Summary Judgment on the issue of exhaustion, a Brief in Support, and a Statement of Undisputed Material Facts. *Docs. 20, 21 & 22.* Plaintiff has a right to file a Response to that Motion.

At the summary judgment stage, a plaintiff cannot rest upon mere allegations and, instead, must meet proof with proof. *See* Fed. R. Civ. P. 56(e). This means that Plaintiff's Response should include his legal arguments, as well as affidavits,[1] prison records, or other evidence establishing that there is a genuine issue of material fact that must be resolved at a hearing or trial.

Furthermore, pursuant to Local Rule 56.1, Plaintiff must separately file a "short and concise statement of material facts as to which he contends a genuine dispute exists to be tried." Plaintiff's "Statement of Disputed Facts" must state

---

[1] The affidavit must be based upon the personal knowledge of the person executing the affidavit and must be either: (1) sworn and subscribed to by a notary public; or (2) executed under penalty of perjury, as provided for by 28 U.S.C. § 1746.

whether he "agrees" or "disagrees" with the factual statements in *each* of the numbered paragraphs in Defendants' Statement of Undisputed Material Facts (*Doc. 22).* **If Plaintiff disagrees with any of the facts in Defendants' Statement of Undisputed Material Facts, he *must*: (1) identify each numbered paragraph that contains the facts he disputes; (2) for each paragraph, explain *why* he disputes those facts; *and* (3) include a citation to the evidence he is relying on to support his version of the disputed fact.** If Plaintiff relies on documents that have been previously filed in the record, he must specifically refer to those documents by docket number and page. The Court will not sift through the file to find support for Plaintiff's factual contentions. *See Crossley v. Georgia-Pacific Corp.*, 355 F.3d 1112, 1113-14 (8th Cir. 2004) (affirming the grant of summary judgment because a plaintiff failed to properly refer to specific pages of the record that supported his position).

IT IS THEREFORE ORDERED THAT:

1. Plaintiff has until and including **January 21, 2021**, to file a Response to Defendants' Motion for Summary Judgment and a separate Statement of Disputed Facts that comply with Fed. R. Civ. P. 56, Local Rule 56.1, and the instructions in this Order.

2. Plaintiff is advised that the failure to timely and properly file a Response and Statement of Disputed Facts will result in: (a) all of the facts in

Defendants' Statement of Undisputed Material Facts being deemed undisputed by Plaintiff; and (b) the possible dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 21st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE