UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BRAZELL, JR.                                                 PLAINTIFF
ADC #500711

V.                     No. 4:20-CV-01186-JTR[1]

CLEAVETTE SLOAN, Security Officer,
Dub Brassell Detention Center, *et al*.                        DEFENDANTS

## ORDER

On November 9, 2021, Counsel for Defendants deposed Plaintiff Michael Brazell, Jr. ("Brazell"). *Doc. 38 at 4*. During this deposition, Brazell unequivocally stated that he wanted to drop this lawsuit:

> Brazell:     I really don't care about this no more. That's why I hadn't responded back to it. I don't care about this no more. I don't care about it no more. That's why I -- that's what I don't respond back to it when y'all (audio interruption) respond back, I ain't -- 'cause I don't care no more.
>
> . . .
>
> Q:     You do want to drop the lawsuit?
>
> Brazell:     Yeah. I don't care about this shit no more.
>
> Q:     Okay. Let me just get some more basic details from you. I won't waste all your time if that's what you want to do. …
>
> Brazell:     It ain't -- if I don't want to talk -- if I don't want to -- if I don't want to -- I don't care about this no more. That's

---

[1] On December 7, 2020, the parties consented in writing to allow all further proceedings in this case to be handled by a United States Magistrate Judge. *Doc. 18*

|        | what I'm saying. So they ain't nothing else to talk about. I don't care about this no more. |
|--------|---|
| Q:     | So you don't want to answer my questions? |
| Brazell: | No. It ain't gonna a -- what -- what's the purpose when I don't care about this no more. |
| Q:     | Okay. All right. Well, thank you for your time. |

*Doc. 38 at 12*.

On December 10, 2021, Defendants filed the pending Motion to Dismiss based on Brazell's refusal to answer questions in his deposition, along with his repeated statements that he no longer wished to pursue this lawsuit. *Doc. 38*. Brazell had until December 24, 2021 to file a Response to this Motion but elected not to do so, a decision that strongly reinforces his deposition testimony that he is abandoning the claims he has asserted in this action.

Accordingly, Defendants' Motion to Dismiss (*Doc. 38*) is GRANTED, and this case is voluntarily DISMISSED, WITHOUT PREJUDICE.

I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of December, 2021.

                                              */s/ J. Thomas Ray*
                                       UNITED STATES MAGISTRATE JUDGE